Judge Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SHARON L. JONES,<br><br>   Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>   Defendant. | NO. C04-5729RBL<br><br>STIPULATION AND<br>PROPOSED ORDER TO<br>REOPEN CASE |

  WHEREAS this action was originally filed on October 28, 2004, by plaintiff Sharon L. Jones, seeking judicial review of the Commissioner's decision denying her Social Security Disability benefits; and

  WHEREAS this action was referred to Magistrate Judge Karen L. Strombom on November 4, 2004; and

  WHEREAS, by motion of defendant, and upon the recommendation of Magistrate Judge Strombom, the Court, on February 7, 2005, ordered that the case be remanded to the Commissioner of Social Security pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C. 405(g), for a new hearing because the cassette tape of oral hearing could not be located; and

  WHEREAS after the entry of the February 7, 2005 order, the cassette tape was located; and

STIPULATION AND PROPOSED ORDER
TO REOPEN CASE - 1
C04-5729RBL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 WHEREAS a transcript of the administrative record has been prepared and certified;

2 NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree that the Court may make and enter the following order:

1. The action shall proceed in this Court pursuant to the order of reference dated November 4, 2004.

3. The Commissioner shall file an Answer and Certified Administrative Record within fourteen days of the date of the entry of this order.

SO STIPULATED.

DATED this __18th__ day of July 2005.

                                              s/ Brian Kipnis for*
                                              ELIE HALPERN
                                              WSBA No. 1519

                                              (*Signed per oral authorization)

                                              Attorney for Plaintiff

STIPULATION AND PROPOSED ORDER
TO REOPEN CASE - 2
C04-5729RBL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  SO STIPULATED.

2       DATED this  18th  day of July 2005.

3                                        JOHN McKAY
                                         United States Attorney
4

5                                        s/ Brian C. Kipnis
                                         BRIAN C. KIPNIS
6                                        Assistant United States Attorney
                                         United States Attorney's Office
7                                        700 Stewart Street, Suite 5220
                                         Seattle, Washington 98101-1271
8                                        Phone: 206-553-7970
                                         FAX:   206-553-4073
9                                        E-mail: brian.kipnis@usdoj.gov

10                                       Attorneys for Defendant

11

12                                  **ORDER**

13  IT IS SO ORDERED.

14
        DATED this 21st day of July, 2005.
15

16

17

18                                 _____
                                   RONALD B. LEIGHTON
19                                 UNITED STATES DISTRICT JUDGE

20

21

22  Recommended for entry this  21st  day
    of    July        , 2005:
23

24

25  s/Karen L. Strombom
    KAREN L. STROMBOM
26  United States Magistrate Judge

27

28

STIPULATION AND PROPOSED ORDER
TO REOPEN CASE - 3
C04-5729RBL